IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cr-0013 |
| | ) |
| MIGUEL ORR and | ) |
| ROMAINE BETTY, | ) |
| | ) |
| Defendants. | ) |

### VERDICT FORM

### COUNT ONE

**Question 1 - Defendant Miguel Orr**

As to Count One, Conspiracy to Possess with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States, at an unknown time, and continuing to on or about April 30, 2024, as charged in the Indictment, we find the defendant, **Miguel Orr**:



_____        _____
Not Guilty                                                                              Guilty

If you find **Miguel Orr** not guilty of the Conspiracy to Possess with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States, as charged in Count One of the Indictment, please proceed to Question 3. If you find **Miguel Orr** guilty of the conspiracy as charged in Count One of the Indictment, please proceed to Question 2 (Jury Interrogatory No. 1).

*United States v. Miguel Orr and Romaine Betty*
Case No. 3:24-cr-0013
Verdict Form
Page **2** of **4**

## Question 2 (Jury Interrogatory No. 1) – Defendant Miguel Orr

Do you unanimously find that the Government proved beyond a reasonable doubt that the weight of the mixture or substance containing marijuana as charged in Count One of the Indictment was one thousand (1000) kilograms or more?



__X__                                              _____
Yes                                                No

Please proceed to Question 3.

## Question 3 -Defendant Romaine Betty

As to Count One, Conspiracy to Possess with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States, at an unknown time, and continuing to on or about April 30, 2024, as charged in the Indictment, we find the defendant, **Romaine Betty**:



__X__                                              _____
Not Guilty                                         Guilty

If you find **Romaine Betty** not guilty of the Conspiracy to Possess with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States as charged in Count One of the Indictment, please proceed to Question 5. If you find **Romaine Betty** guilty of the conspiracy as charged in Count One of the Indictment, please proceed to Question 4 (Jury Interrogatory No. 2).

### Question 4 (Jury Interrogatory No. 2) – Romaine Betty

Do you unanimously find that the Government proved beyond a reasonable doubt that the weight of the mixture or substance containing marijuana as charged in Count One of the Indictment was one thousand (1000) kilograms or more?

_____            _____
Yes                              No

Please proceed to Question 5.

## COUNT TWO

### Question 5 – Defendant Miguel Orr

As to Count Two, Possession with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States, on or about April 30, 2024, as charged in the Indictment, we find the defendant, **Miguel Orr**,

_____            ____X____
Not Guilty                     Guilty

Please proceed to Question 6.

### Question 6 – Defendant Romaine Betty

As to Count Two, Possession with Intent to Distribute a Controlled Substance While on Board a Vessel Subject to the Jurisdiction of the United States, on or about April 30, 2024, as charged in the Indictment, we find the defendant, **Romaine Betty**,

_____            ____X____
Not Guilty                     Guilty

*United States v. Miguel Orr and Romaine Betty*
Case No. 3:24-cr-0013
Verdict Form
Page 4 of 4



**Foreperson**

DATED this 16th day of January, 2026.